| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF TEXAS |
| Case number *(if known)* _____    Chapter __11__ |

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1.   Debtor's name**

**Texas Corral, LLC**

**2.   All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3.   Debtor's federal Employer Identification Number** (EIN)

**45-5240471**

**4.   Debtor's address**

**Principal place of business**

**7750 MacArthue Blvd,
Suite 120-221
Irving, TX 75063**

Number, Street, City, State & ZIP Code

**Dallas**

County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5.   Debtor's website** (URL)

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Texas Corral, LLC**                                                    Case number (*if known*) _____
         Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **Texas Corral, LLC**_____          Case number (*if known*) _____
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____
Contact name   _____
Phone   _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor     **Texas Corral, LLC**
            _____          Case number (*if known*)  _____
            Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor     **Texas Corral, LLC**
            _____
            Name

Debtor    **Texas Corral, LLC**
Name

Case number (*if known*) _____

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 13, 2023**
MM / DD / YYYY

**X** **/s/ Jose Reyes**
Signature of authorized representative of debtor

**Jose Reyes**
Printed name

Title    **Manager of Sole Owner**

**18. Signature of attorney**

**X** **/s/ Eric A. Liepins**
Signature of attorney for debtor

Date **October 13, 2023**
MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone    **972-991-5591**     Email address    **eric@ealpc.com**

**12338110 TX**
Bar number and State

---

```
Fill in this information to identify the case:
Debtor name    Texas Corral, LLC
United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known): _____
```

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3312 Forest Lane, LLC c/o Donald Ferry 419 Lillard Road Arlington, TX 76012 | | | Contingent Unliquidated Disputed | | | $264,000.00 |
| 7600 Beach Boulevard Investors, LLC c/o Yasmin Atasi Winstead PC 600 Travis Street, Suite 5200 Houston, TE 77002 | | | | | | $0.00 |
| American Backflow & Plumbing 1515 N Town E Blvd Suite 138-444 Mesquite, TX 75150 | | | | | | $2,332.58 |
| Centex Produce, Inc P.O. Box 1924 Austin, TX 78760 | | | | | | $1,161.16 |
| Comcast PO Box 60533 City of Industry, CA 91716 | | | | | | $75.71 |
| Costal Equipment Co 130 Coastal Lane Jacksonville, NC 28546 | | | | | | $727.54 |
| Denton County c/o Gilbert T. Bragg McCreary, Veselka, Bragg & Allen, P.C. P.O. Box 1277 Denton, TE 76202-1277 | | | | | | $0.00 |

Debtor  **Texas Corral, LLC**                                    Case number *(if known)*
_____                                 _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Denton County Steve Mossman, Denton Co. PO Box 90223 Denton, TX 76202** | | | | | | **$1,518.93** |
| **DRO Holdings, Inc. c/o Ian A. McCarthy Barnett & Garcia 3821 Juniper Trace, Suite 108 Austin, TE 78738** | | | | | | **$0.00** |
| **EcoLab Pest Elinimation 26252 Network Place Chicago, IL 60673** | | | | | | **$321.11** |
| **Extrra Property Holdings 6252 Network Place Dallas, TX 75244** | | | | | | **$31,900.00** |
| **Golden Corral Corrporation 6252 Network Place Raleigh, NC 27626** | | | | | | **$807.15** |
| **Liberty Fruit Co., Inc 6252 Network Place Kansas City, KS 66105** | | | | | | **$2,975.14** |
| **Priscilla Brown** | | | | | | **$21,500.00** |
| **Scheef & Stone 500 N Akard Suite 2700 Dallas, TX 75201** | | | | | | **$20,503.29** |
| **Southern Sanitation 7706 Hampton Place Loganville, GA 30052** | | | | | | **$2,605.77** |
| **Southwest Waste Disposal, LLC I 6350 Park Ten Place Houston, TX 77084** | | | | | | **$3,293.00** |
| **Spectrum I 900 Blue Crest Lane San Antonio, TX 78247** | | | | | | **$753.75** |

Debtor  **Texas Corral, LLC**                                        Case number *(if known)*  _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **UC Advantage, Inc I 5 Enterprise, Ste. 420 Aliso Viejo, CA 92656** | | | | | | **$156.33** |
| **Waste Management PO BOX 105453 Atlanta, GA 30348** | | | | | | **$3,293.00** |

# United States Bankruptcy Court
## Western District of Texas

In re   **Texas Corral, LLC** _____      Case No. _____

                                            Debtor(s)                    Chapter      **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SunCo Restaurants, LLC** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Manager of Sole Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 13, 2023** _____        Signature   **/s/ Jose Reyes** _____

                                                                  **Jose Reyes**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Western District of Texas

In re  **Texas Corral, LLC**

Case No. _____

Debtor(s)

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of Sole Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 13, 2023**

**/s/ Jose Reyes**

**Jose Reyes**/**Manager of Sole Owner**

Signer/Title

.

1902 Towne Centre
130 Park Ave
Long Beach, CA 90803


3312 Forest Lane, LLC
c/o Donald Ferry
419 Lillard Road
Arlington, TX 76012


7600 Beach Boulevard Investors, LLC
c/o Yasmin Atasi
Winstead PC
600 Travis Street, Suite 5200
Houston, TE 77002


7600 Grapevine LLC
2501 S ocean Drive
Apt 911
Hollywood, FL 33019


American Backflow & Plumbing
1515 N Town E Blvd
Suite 138-444
Mesquite, TX 75150


Centex Produce, Inc
P.O. Box 1924
Austin, TX 78760


Comcast
PO Box 60533
City of Industry, CA 91716


Costal Equipment Co
130 Coastal Lane
Jacksonville, NC 28546


Denton County
Steve Mossman, Denton Co.
PO Box 90223
Denton, TX 76202

Denton County
c/o Gilbert T. Bragg
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1277
Denton, TE 76202-1277


DRO Holdings, Inc.
c/o Ian A. McCarthy
Barnett & Garcia
3821 Juniper Trace, Suite 108
Austin, TE 78738


EcoLab Pest Elinimation
26252 Network Place
Chicago, IL 60673


Extra Property
4515 LBJ Freeway
Dallas, TX 75244


Extrra Property Holdings
6252 Network Place
Dallas, TX 75244


Golden Corral Corrporation
6252 Network Place
Raleigh, NC 27626


GZT
1067 Great Meadrow
Allen, TX 75013


Liberty Fruit Co., Inc
6252 Network Place
Kansas City, KS 66105


Oakdene & Sixth Realty
20 Harrison Ave
Waldwick, NJ 07463


Priscilla Brown

Priscilla Brown
c/o Art Brender
The Brender Law Firm
600 Eighth Avenue
Fort Worth, TE 76104


RFH1, LLC
c/o Janet L. Rushing
Greer, Herz & Adams, L.L.P.
2525 South Shore Blvd., Suite 203
League City, TE 77573


Sammie Shield
c/o Thomas M. McMurray
McMurray Law Firm
109 S. Woodrow Lane, Suite 600
Denton, TE 76205


Scheef & Stone
500 N Akard
Suite 2700
Dallas, TX 75201


Southern Sanitation
7706 Hampton Place
Loganville, GA 30052


Southwest Waste Disposal, LLC
I 6350 Park Ten Place
Houston, TX 77084


Spectrum
I 900 Blue Crest Lane
San Antonio, TX 78247


Tracy Knappick & Mark Chavis
c/o Susan E. Hutchison
Hutchison & Foreman, PLLC
500 East 4th St., Ste. 100
Fort Worth, TE 76102


UC Advantage, Inc
I 5 Enterprise, Ste. 420
Aliso Viejo, CA 92656

Waste Management
PO BOX 105453
Atlanta, GA 30348

# United States Bankruptcy Court
## Western District of Texas

In re   **Texas Corral, LLC**

_____
Debtor(s)

Case No. _____

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Texas Corral, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 13, 2023**
_____
Date

**/s/ Eric A. Liepins**
_____
**Eric A. Liepins**
Signature of Attorney or Litigant
Counsel for   **Texas Corral, LLC**
**Eric A. Liepins**
**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
**972-991-5591 Fax:972-991-5788**
**eric@ealpc.com**